# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1292
L.T. Case No. 16-2008-CF-3055-A

_____

YVELAN PIERRE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Jonathan David Sacks, Judge.

Yvelan Pierre, Jasper, pro se.

No Appearance for Appellee.

July 1, 2025

PER CURIAM.

AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

WALLIS, LAMBERT, and EDWARDS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____